**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**<u>ERRATA</u>**

January 20,2006

Appeal No. 05-3271

<u>Dunne v. OPM</u>

Non-Precedential Opinion

Decided:  December 9, 2005

In the opinion for the court the following change has been made:

On page 1 of the opinion, "$97,057.30" on the last line was deleted and replaced with "$91,057.30."